IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHENAYA GRANT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, Acting | : | NO. 21-2122 |
| Commissioner of Social Security | : | |

## **O R D E R**

AND NOW, this 7th day of December, 2022, upon consideration of Plaintiff's request for review (Doc. 13), the response (Doc. 14), Plaintiff's reply (Doc. 15), and after careful consideration of the administrative record (Doc. 7), IT IS HEREBY ORDERED that:

1. Judgment is entered REVERSING the decision of the Commissioner of Social Security for the purposes of this remand only and the relief sought by Plaintiff is GRANTED to the extent that the matter is REMANDED pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with this adjudication; and

2. The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

/s/ Elizabeth T. Hey_____
ELIZABETH T. HEY, U.S.M.J.